IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARREN DUCK,

    Plaintiff,

v.                                  Case No. 1:12-cv-140-SPM-GRJ

ROLAR INC.,

    Defendant.
_____/

## O R D E R

This matter is before the Court upon Defendant's Second Unopposed Motion to Extend Time to Respond to Plaintiff's Discovery Requests. (Doc. 16.) Defendant requests that the Court extend the deadline for response to Plaintiff's discovery requests until September 3, 2012, to allow the parties to engage in settlement discussions. Defendant says that Plaintiff agrees to the requested extension.

Upon due consideration, it is **ORDERED**:

(1)    Defendant's Second Unopposed Motion to Extend Time to Respond to Plaintiff's Discovery Requests (Doc. 16) is **GRANTED.**

(2)    Defendant must respond to Plaintiff's discovery requests by September 3, 2012.

(3)    All other deadlines in this case shall remain the same.

**DONE AND ORDERED** this 21st day of August, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge